IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY LEE ELRITE,

      Petitioner,                      No. CIV S-10-0303 DAD P

    vs.

MICHAEL MARTEL, et al.,

      Respondents.                <u>ORDER</u>

_____/

        Petitioner, is a state prisoner proceeding with counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The filing fee has been paid. Upon review of the habeas petition, the court finds that it is incomplete. Petitioner has not provided this court with the name and location of the court that entered the judgment of conviction being challenged. In addition, petitioner has not informed this court whether he has exhausted state court remedies for each of the grounds for which he seeks federal habeas relief and, if so, how he has allegedly done so.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that within fifteen days from the service of this order, petitioner shall file a response to this order by providing the court with the information requested above.

DATED: February 10, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
elr0303.ord